# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1103
LT Case No. 2024-CF-000765-A

———————————————

KHALIL L. KENNEDY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Matthew J. Metz, Public Defender, and Judson Searcy, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

December 11, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____